UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 13 CR 636 |
| v. | |
| THOMAS JACKSON, et al. | Judge Thomas M. Durkin |

## ADDITIONAL PROTECTIVE ORDER GOVERNING CERTAIN DISCOVERY

Upon the unopposed motion of the government, pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. Materials produced in response to this Court's November 18, 2014 order may be viewed by counsel for defendants Jackson, Williams, Wrotten, and Swain, and not defendants Jackson, Williams, Wrotten, and Swain themselves (i.e., "attorney's eyes only").

2. To the extent any material is produced by the United States to defendants or defendants' counsel by mistake, the United States shall have the right to request the return of the material and shall do so in writing. Within five days of the receipt of such a request, defendants and/or defendants' counsel shall return all such material if in hard copy, and in the case of electronic materials, shall certify in writing that all copies of the specified material have been deleted from any location in which the material was stored.

3. The restrictions set forth in this Order do not apply to documents that are or become part of the public court record, including documents that have been received in evidence at other trials, nor do the restrictions in this Order limit

1

defense counsel in the use of discovery materials in judicial proceedings in this case. However, if the attorney's eyes only discovery materials are used in this case, they must be filed under seal pursuant to the terms of this Protective Order.

4. The Protective Order issued by this Court on September 10, 2013 remains in effect.

5. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

THOMAS M. DURKIN
District Judge
United States District Court
Northern District of Illinois

Date: 11/26/14